**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Cynthia Guthmiller,**

**Plaintiff,**

**v.**

**Wallgreens and,**
**Paul McIntire,**

**Defendants.**

**CIVIL FILE NO. 01-1589 ADM/SRN**

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: September 4, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Filed SEP 05 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________