**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Cynthia Guthmiller,**

**Plaintiffs,**

**v.**

**Walgreen's and**
**Paul McIntire,**

**Defendants.**

**Civil No. 01-1589 ADM/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: October 22, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED OCT 2 3 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Guthmiller vs. Walgreens Civil 01-1589 ADM/AJB

Magistrate Judge Arthur J. Boylan is now the Magistrate assigned to this case